# UNITED STATES DISTRICT COURT
### for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:25-MJ-2205 |
| DA'QUAN MONTEZ WILLIAMS | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 1, 2025 - July 11, 2025___ in the county of ___Knox___ in the ___Eastern___ District of ___Tennessee___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 & 841(b)(1)(D) | Conspiracy to distribute and conspiracy to possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance. |
| 18 U.S.C. § 924(c) | Possession of a firearm during and in relation to any drug trafficking crime, or in furtherance of any such crime. |

This criminal complaint is based on these facts:

Please see attached affidavit, incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James Makemson, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___07/11/2025___

_____
*Judge's signature*

City and state: ___Knoxville, TN___

Hon. Jill E. McCook, United States Magistrate Judge
*Printed name and title*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

IN THE MATTER OF
A CRIMINAL COMPLAINT AND
ARREST WARRANT FOR:

3:25-mj- 2205

DA'QUAN MONTEZ WILLIAMS

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, James Makemson, a Special Agent ("SA") with the Bureau of Alcohol, Tobacco,

Firearms and Explosives ("ATF"), and being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKROUND

1.      Your Affiant is an investigative or law enforcement officer of the United States

within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by

law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United

States Code, Section 2516.

2.      Your Affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms

and Explosives (ATF), United States Department of Justice, and have been so employed since

May of 2017.  Your Affiant is a graduate of the Federal Law Enforcement Training Center and

the ATF National Academy.  Your Affiant was also a Deputy Sheriff with the Hamilton County

Sheriff's Office in Chattanooga, Tennessee, from 2009 to 2017, and graduated from the

Tennessee Law Enforcement Training Academy in Donaldson, Tennessee in 2010.  Your Affiant

has a Bachelor of Science in Biology with a minor in Criminal Justice from the University of

Tennessee.

3.      As a result of my employment, training and experience as a state law enforcement

officer and an ATF Special Agent, your Affiant has received training in connection with, and

1

conducted investigations of violations of the National Firearms Act, Gun Control Act, Title 18, United States Code, Sections 922(g), 924(c) and other violations under Title 21 of the United States Code to include conspiracy to possess and possession with intent to distribute controlled substances. Your Affiant has also received training and conducted investigations involving unregistered weapons that fall under the National Firearms Act of 1934 within Title 26 of the United States Code.

4.     Your Affiant currently works in the Knoxville Field Office of the ATF. During your Affiant's tenure as an ATF Special Agent, your Affiant investigated numerous crimes including, but not limited to, felons in possession of firearms, unregistered weapons that fall under the National Firearms Act (Title 26 U.S.C), narcotics trafficking, to include narcotics trafficking involving firearms possession and use, home invasions, bank fraud and identity theft. Your Affiant has become familiar with the methods, operations, and schemes commonly employed by individuals involved in the violation of narcotics and firearms statutes through my training and prior experience, including previous cases your Affiant has investigated with other municipal, state, and federal agents. Your Affiant has investigated cases in the Eastern District of Tennessee involving violations of state and federal narcotics and firearms statutes and, as a result, your Affiant have been successful in arresting and convicting numerous individuals associated with narcotics distribution and illegal firearms possession. Your Affiant has been involved in the execution of numerous search warrants dealing with the detection and investigation of federal narcotics and firearms violations. Your Affiant has participated in federal and state wiretap investigations and prosecutions. As a result of these investigations and prosecutions, your Affiant has become aware of various methods and techniques utilized by

2

individuals within the Eastern District of Tennessee and elsewhere to sell and distribute illegal firearms and narcotics.

5.      This affidavit is submitted in support of an application for arrest warrant authorizing the arrest of Da'Quan Montez WILLIAMS.

6.      This affidavit is based upon your Affiant's observations, training, experience, and information obtained from other law enforcement officers and agents involved in this investigation.  Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your Affiant has not included every fact known to me concerning this investigation. Your Affiant has set forth only the facts believed to be necessary to establish probable cause to demonstrate that WILLIAMS conspired to distribute and conspired to possess with intent to distribute a quantity of marijuana, which is a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(D), and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C § 924(c).

## RELEVANT STATUTE

7.      As noted above, this investigation concerns alleged violations of the following statutes:

a.      21 U.S.C. §§ 846 and 841(b)(1)(D) – Conspiracy to distribute and possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance.

b.      18 U.S.C § 924(c) – Possession of a firearm in furtherance of a drug trafficking crime.

## PROBABLE CAUSE

8.      In late January 2025, Officer Colby Chandler with the Knoxville Police

3

Department's Community Engagement Response Team (CERT) began investigating WILLIAMS after developing information that he was involved in a credit card fraud conspiracy with other unnamed subjects. During this investigation Officer Chandler obtained two state search warrants for Instagram accounts belonging to WILLIAMS, under the Instagram handles of "quandagogetter", "oquanwic:", "ocpquanny" and "quanny.boi". The search warrants were signed on March 18th, 2025, by the Honorable Hector Sanchez, Knox County Criminal Court Judge. After obtaining said warrants, and reviewing the accounts, Officer Chandler noted numerous video recordings of a large gallon sized clear plastic bag with a large quantity of a green leafy substance believed to be marijuana. This video include WILLIAMS holding the bags of marijuana. Based on your affiant's experience and training, the quantity of suspected marijuana alone is believed to be possession with the intent to sell and/or deliver.

9.     Officer Chandler also observed another Instagram story from one of the Instagram accounts. This story was a video showing several small, colorful commercial Ziploc packages believed to be marijuana. Each package was a different color, however, all were branded as "mystic candies" and appeared as normal food or candy items due to sub-branding such as Skittles, Lucky Charms, Nilla Wafers, Fruit Loops, Pillsbury Toaster Strudel, and Kit-Kat. Based on your Affiant's training and experience, such commercial packages typically weigh approximately 3.5 grams and contain marijuana with levels of THC exceeding the legal amount for the State of Tennessee. They are typically branded as normal food or candy items to appear as a legal product in an effort to deceive law enforcement. Officer Chandler also noted that there was a text added to the video that said "50s and up" with an emoji of a smartphone with an arrow pointing to it. Based on your Affiant's training and experience, it appears the suspected marijuana packages are being solicited for sale for $50.00 U.S. currency or more. The

4

smartphone emoji with the arrow is commonly used by drug dealers as a sign for "hit my line" or contact me if interested in buying the product.

10.     In early May 2025, law enforcement learned from various public and law enforcement investigative databases that WILLIAMS had moved into a house located at 408 West Street (hereinafter referred to as "The Residence").  Furthermore, it was determined that WILLIAMS had updated his information on his Tennessee identification to reflect the address of The Residence.

11.     Law enforcement learned that WILLIAMS has registered the KUB utilities at The Residence in his name.

12.     On June 5, 2025, while conducting surveillance at The Residence, law enforcement observed Braden Roulette pull into the rear of The Residence in a white Dodge Charger.  Officer Chandler and Officer Sean Lyons, who were participating in the surveillance, had prior knowledge of Braden Roulette's identity, as well as his recent narcotics and firearms arrest.  Officers Chandler and Lyons also had prior knowledge that Roulette was acquainted with WILLIAMS.  During surveillance, officers observed Roulette approaching The Residence carrying two duffle bags believed to contain narcotics or firearms.  Roulette was only in The Residence for a short time before leaving with two bags.  Officers attempted to conduct an independent probable cause traffic stop for illegal tint on Roulette as he left The Residence. Roulette did temporarily yield to officers' emergency equipment but quickly fled the scene. Already knowing of Roulette's identity, officers decided not to pursue, and state warrants were issued for fleeing.

13.     On June 12, 2025, officers with the Knoxville Police Department were circulating the area of 1901 Sutherland Avenue, shortly after a vehicle burglary incident.  While circulating,

5

officers observed a suspicious vehicle at a closed business with two occupants. It was determined that Roulette was the passenger in the vehicle. Roulette and the driver were eventually arrested, and a search of the vehicle was conducted. During the search, officers recovered approximately 300 grams of suspected marijuana, two firearms and $595 USC. Roulette was less than a mile from The Residence at the time of his arrest.

14.     The following paragraphs contains documented notes of recorded jail calls between individuals and WILLIAMS pertinent to drug activity either inside The Residence or directly involving narcotic trafficking activity conducted by WILLIAMS:

- 6/12/2025 at 4:01pm video visit between Brandon Dunaway and WILLIAMS - WILLIAMS flashes large amount of US currency in front of camera. WILLIAMS has no known legitimate means of income; WILLAMS says that he supplied someone in the jail with some "dub" so he can get a little high; WILLIAMS says that he got "Dido" high while he was in jail.

- 6/12/2025 at 6:40pm video visit between Braden Roulette and WILLIAMS - Roulette tells WILLIAMS he was on his way to his house when he got arrested. Your Affiant believes that Roulette's intended destination was The Residence when he was arrested over 300 grams of marijuana and firearms.

- 6/14/2025 at 3:39pm video visit between Braden Roulette and WILLIAMS - WILLIAMS rolls a large marijuana blunt in The Residence; Roulette and WILLIAMS have a short conversation about making money and talk about only going through "John Cenna." Through investigation, your affiant learned that "John Cenna" is William Aldridge. Aldridge is currently on bond for narcotics charges. Aldridge is suspected of being involved in marijuana trafficking with WILLIAMS while Roulette is incarcerated.

- 6/14/2025 at 3:50pm video visit between Braden Roulette and WILLIAMS - Roulette tells WILLIAMS to let "John Cena" buy (a pound of marijuana) for 11. Based on the investigation, your Affiant believes that Roulette had left a large amount of marijuana at The Residence before his arrest, and he is telling WILLIAMS to sell a pound of it to William Aldridge for $1,100 USC.

- 6/18/2025 at 1:51pm video visit between Braden Roulette and WILLIAMS - WILLLIAMS can be seen counting a large amount of US currency in front of the camera; WILLIAMS is talking to an unknown male (off camera) about portioning out quantities of believed narcotics as he counts the money; WILLIAMS tells the unknown male to not say too much because he's on a jail call; WILLIAMS tells Roulette that he's at his residence. Based on training and experience, your Affiant believes WILLIAMS is packaging narcotics and counting money relating to the drug sales at The Residence.

- 6/24/2025 at 5:21pm video visit between Roulette and WILLIAMS - Roulette asks WILLIAMS if he got $1200 today; WILLIAMS responds by saying no and that his father is getting to sell the "whole thing" and sell it for $1300; Roulette responds by saying that "John Cena" would also pay $1300. Your Affiant believes that WILLIAMS is telling Roulette that he can sell all the marijuana that was left at The Residence by Roulette for $1300 per pound to his father. Roulette wants William Aldridge to purchase the marijuana for $1300 instead of WILLIAMS' father.

- 6/28/2025 at 12:32pm video visit between Roulette and WILLIAMS – The two have a conversation pertaining to drug distribution and using a lawncare business as code for the drug talk. Your Affiant knows from training and experiences that drug traffickers will commonly use code names and hidden language relating to their drug distribution to thwart law enforcement detection. In this case, your Affiant has identified conversations between Roulette, WILLIAMS and William Aldridge to use their drug business as a lawncare

7

company. When they are talking about their lawncare company, they are referring to marijuana distribution.

- 7/2/2025 at 12:30pm video visit between Miran Watson and WILLIAMS - WILLIAMS is seen on camera smoking a large marijuana blunt, and passing it around to others at The Residence.

- 7/3/2025 at 5:18pm video visit between Miran Watson and WILLIAMS - WILLIAMS shows a large stack of US currency at The Residence. WILLIAMS appears high from smoking marijuana.

- 7/6/2025 at 10:36am video visit between Miran Watson and WILLIAMS - WILLIAMS shows a large stack of US currency to Watson on camera and is at The Residence; A large bag of suspected marijuana can be seen in camera view.

15.    On July 11, 2025, the Knoxville Police Department Organized Crime Unit executed a state search warrant at The Residence. The target of the search warrant was WILLIAMS. WILLIAMS was present at the time of the search warrant execution. During the search of The Residence, law enforcement located the following items in WILLIAMS' bedroom:

- Approximately 55.4 grams of marijuana in three separate bags
- Numerous plastic baggies and several empty vacuum seal bags
- Two sets of digital scales
- $7,215 U.S. Currency
- An SCCY, Model: CPX 2, 9x19mm caliber pistol
- A Glock, Model: 17, 9x19mm caliber pistol (the pistol frame was reported stolen; the slide and frame serial numbers do not match)
- Pistol trigger group
- Several firearms magazines to include: two AK style and four Glock style magazines
- Two black iPhones
- A box of .38 special ammunition

8

- 300 Blackout magazine with ammunition
- One round of .223 caliber ammunition.

## CONCLUSION

16.     Based on the foregoing, your Affiant respectfully submits that there is probable cause to establish that Da'Quan Montez WILLIAMS committed the following criminal offenses: conspiracy to distribute and conspiracy to possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(D), and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C § 924(c).

FURTHER AFFIANT SAYETH NAUGHT

_____

JAMES MAKEMSON
Special Agent
ATF

SUBSCRIBED and SWORN before me this 11th day of July 2025.

_____

HON. JILL E. MCCOOK
UNITED STATES MAGISTRATE JUDGE

9